UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

JASON H. JORDAN,
        Petitioner,                        Case No. 2:14-cv-135
v.                                         HON. R. ALLAN EDGAR

LINDA TRIBLEY,
        Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has before it Magistrate Judge Timothy P. Greeley's Report and Recommendation ("R&R") dated November 5, 2014, which recommended that the Plaintiff's habeas corpus petition be denied because it is barred by the one-year statute of limitations. (Docket #10).  Plaintiff has not objected to the Report and Recommendation, therefore, **IT IS ORDERED** that the Magistrate Judge's Report and Recommendation is **APPROVED AND ADOPTED** as the Opinion of this Court.

        **IT IS ORDERED** that the Petitioner's petition is **DENIED** because it is barred by the one-year statute of limitations.  (Docket # 9.)

        **IT IS FURTHER ORDERED** that pursuant to *Slack v. McDaniel*, 529 U.S. 473 (2000), a certificate of appealability is denied.

        A judgment consistent with this Order will be entered.
        SO ORDERED.


Dated:   6/16/2015                                 /s/ R. Allan Edgar
                                                           R. Allan Edgar
                                                           United States District Court Judge